FILED

07/28/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0607

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0607

_____

IN THE MATTER OF:

B.A.F.,

           An Alleged Mentally
           Ill Person.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jon A. Oldenburg, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 28 2021